DANIEL G. BOGDEN
United States Attorney
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:00-cr-00360-MMD-RJJ |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| vs. | |
| WAI SANG FUNG, LING KIN CHUR, TAI CHU YIU CHUNG, KWOK CHEUNG CHOW, and ING TING CHAN, | |
| Defendants. | |

MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorneys Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, and in reference to the above-captioned case hereby moves to dismiss indictment *United States v. Wai Sang Fung, et al.*, 2:92-cr-00146-JCM –VCF, as to defendants Wai Sang Fung, Ling Kin Chur, Tai Chu Yiu Chung, Kwok Cheung Chow, and Ing Ting Chan, pursuant to Federal Rule of Criminal Procedure 48(a).

DATED this 3rd day of October 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney
  //s//
ERIC JOHNSON
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAI SANG FUNG,<br>LING KIN CHUR,<br>TAI CHU YIU CHUNG,<br>KWOK CHEUNG CHOW, and<br>ING TING CHAN,<br><br>Defendant. | 2:00-cr-00360-MMD-RJJ<br><br>(Proposed) ORDER TO DISMISS INDICTMENT |

Having read the Government's Motion to Dismiss and good cause showing, IT IS HEARBY ORDERED that the indictment *United States v. Wai Sang Fung, et al.*, 2:00-cr-00360-MMD-RJJ, is dismissed as to defendants Wai Sang Fung, Ling Kin Chur, Tai Chu Yiu Chung, Kwok Cheung Chow, and Ing Ting Chan, pursuant to Federal Rule of Criminal Procedure 48(a).

DATED this 9th day of October 2012.

MIRANDA M. DU
United States District Judge